FILED' 08 NOV 25 16:09 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TERESA DOLAS,                                       CV. 07-1068 HU

        Plaintiff,                               ORDER

    v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

REDDEN, Judge:

Magistrate Judge Dennis J. Hubel issued Findings and Recommendation (#16) on October 14, 2008. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When, as here, no objections are filed, the court is not required to give the record *de novo* review. *Lorin Corp. v. Goto & Co., Ltd.,* 700 F2d 1202, 1206 (9th Cir 1983). *See also Britt v.*

OPINION AND ORDER- 1

*Simi Valley Unified School Dist.*, 708 F2d 452, 454 (9th Cir 1983). I find no error. Accordingly, I adopt the Findings and Recommendation of Magistrate Judge Hubel.

The Commissioner's decision denying benefits is affirmed and the case is dismissed.

IT IS SO ORDERED.

Dated this 25 day of November, 2008.

James A. Redden
United States District Judge

OPINION AND ORDER- 2