FILED' 08 NOV 25 16:09 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TERESA DOLAS, | CV. 07-1068 HU |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Pursuant to the Order affirming the Commissioner's decision denying benefits, this case is dismissed.

IT IS SO ORDERED.

Dated this 25th day of November, 2008.

James A. Redden
United States District Judge

JUDGMENT